1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 MARCELLUS ALEXANDER GREENE,

11       Plaintiff,              No.  2:12-cv-2351 KJN P

12   vs.

13 L. VASQUEZ, et al.,

14       Defendants.        <u>ORDER</u>

15 _____/

16       Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17 to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by

18 defendants.  The alleged violations took place in Kings County, which is part of the Fresno

19 Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule

20 120(d).

21       Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22 the proper division of a court may, on the court's own motion, be transferred to the proper

23 division of the court.  Therefore, this action will be transferred to the Fresno Division of the

24 court.  In light of 1996 amendments to 28 U.S.C. § 1915.

25 ////

26 ////

1

1             Good cause appearing, IT IS HEREBY ORDERED that:

2               1.  This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4               2.  All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6             United States District Court
                Eastern District of California

7             2500 Tulare Street
                Fresno, CA 93721

8

9  DATED:  September 21, 2012

10

11                      _____

12                KENDALL J. NEWMAN
                UNITED STATES MAGISTRATE JUDGE

13  gree2351.22

14

15

16

17

18

19

20

21

22

23

24

25

26