IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARCELLUS ALEXANDER GREENE,

   Plaintiff,        No.  2:12-cv-2351 KJN P

  vs.

L. VASQUEZ, et al.,

   Defendants.      <u>ORDER</u>

_____/

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  In his complaint, plaintiff alleges violations of his civil rights by defendants.  The alleged violations took place in Kings County, which is part of the Fresno Division of the United States District Court for the Eastern District of California.  <u>See</u> Local Rule 120(d).

   Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court.  Therefore, this action will be transferred to the Fresno Division of the court.  In light of 1996 amendments to 28 U.S.C. § 1915.

////

////

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2      1.  This action is transferred to the United States District Court for the Eastern

3 District of California sitting in Fresno; and

4      2.  All future filings shall reference the new Fresno case number assigned and

5 shall be filed at:

6      United States District Court
     Eastern District of California
7      2500 Tulare Street
     Fresno, CA 93721

9 DATED:  September 21, 2012

11      _____
     KENDALL J. NEWMAN
12      UNITED STATES MAGISTRATE JUDGE

13 gree2351.22

2