# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCELLUS ALEXANDER GREENE,<br><br>Plaintiff,<br><br>v.<br><br>L. VASQUEZ, et al.,<br><br>Defendants. | CASE NO. 1:12-cv-01568-AWI-GBC PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE TO REFILING WITH SUBMISSION OF $350.00 FILING FEE IN FULL<br><br>(Doc. 1) |

Plaintiff Marcellus Alexander Greene AKA Marvellous Amir Warrior Greene ("Plaintiff"), a state prisoner proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 12, 2012.

A review of the record of actions and appeals filed by Plaintiff in the United States District Court reveals that Plaintiff filed has three or more actions and appeals that were dismissed as frivolous, malicious or for failing to state a claim upon which relief may be granted. Section 1915 of Title 28 of the United States Code governs proceedings in forma pauperis. Section 1915(g) provides that:

> [i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).[1] Determining whether Plaintiff's actions count as strikes under section 1915(g)

---

[1] "This subdivision is commonly known as the 'three strikes' provision. 'Strikes' are prior cases or appeals, brought while the plaintiff was a prisoner, which were dismissed 'on the ground that [they were] frivolous, malicious, or fail[ ] to state a claim' are generically referred to as 'strikes.' Pursuant to § 1915(g), a prisoner with three strikes or more cannot proceed [in forma pauperis]." Andrews v. King, 398 F.3d 1113, 1116 n.1(9th Cir. 2005).

requires the Court to conduct a "careful examination of the order dismissing an action, and other relevant information," to determine if, in fact, "the action was dismissed because it was frivolous, malicious or failed to state a claim." *Andrews v. King*, 398 F.3d 1113, 1121 (9th Cir. 2005).

The Court takes judicial notice of the following cases which counts as strikes: *Greene v. Reyes, et al.*, No. 2:00-cv-00196-LKK-DAD-PC (E.D. Cal. June 7, 2000); *Greene v. State of California*, No. 2:02-cv-02398-FCD-KJM-PC (E.D. Cal. July 14, 2003); and *Greene v. California Department of Corrections, et al.*, No. 2:04-cv-02383-FCD-DAD-PC (E.D. Cal. January 24, 2006).

Plaintiff has three strikes and became subject to section 1915(g) before he filed this action on September 12, 2012. Moreover, Plaintiff's complaint regarding stolen stamps fails to make a "plausible allegation" that he faced imminent danger of serious physical injury at the time he filed his complaint. The Court finds that Plaintiff should be precluded from proceeding in forma pauperis and that dismissal of Plaintiff's action is appropriate.

## ORDER

Based on the forgoing, it is HEREBY ORDERED that this action is dismissed, without prejudice to refiling with the submission of the $350.00 filing fee in full.

IT IS SO ORDERED.

Dated:   November 15, 2012

_____
UNITED STATES DISTRICT JUDGE